# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MICHAEL OIEN, *et al.*, | Civil No. 09-3068 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| STEVEN ACKERT, *et al.*, | |
| Defendants. | |

_____

Van Ellig, **NYCKLEMOE ELLIG & NYCKLEMOE,** Post Office Box 936, Fergus Falls, MN 56538, for plaintiffs.

Richard Clapp, **PEARSON CHRISTENSEN & CLAPP, PLLP**, Post Office Box 5758, Grand Forks, ND 58206, for defendant Rob Thompson.

This matter is before the Court upon the parties' stipulation of dismissal with prejudice filed December 17, 2009 [Docket No. 7].

**IT IS HEREBY ORDERED** that the Court Administrator of this Court shall enter judgment, dismissing defendant Steven Ackert from this action with prejudice. Each party shall bear their own costs and disbursements for purposes of this Stipulation.

**LET JUDGMENT  BE ENTERED ACCORDINGLY.**

Dated: December 28, 2009  
at Minneapolis, Minnesota

                                                                s/ John R. Tunheim  
                                                       JOHN R. TUNHEIM  
                                                 United States District Judge