# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MICHAEL OIEN AND CHERYL OIEN, | Civil No. 09-3068 (JRT/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| ROB THOMPSON, Individually, AND ROB THOMPSON, d/b/a The 7 Iron, Inc., | |
| Defendants. | |

---

Van R. Ellig, **NYCKLEMOE ELLIG & NYCKLEMOE**, Post Office Box 936, Fergus Falls, MN 56538, for plaintiffs.

Richard Clapp, **PEARSON CHRISTENSEN & CLAPP, PLLP,** Post Office Box 5758, Grand Forks, ND 58206, for defendants.

This matter is before the Court on the parties' Stipulation filed on May 12, 2010 [Docket No. 35].

**IT IS HEREBY ORDERED** that:

1. The briefing schedule shall be amended pursuant the dates listed in the stipulation.

2. The motion hearing scheduled to be heard on May 28, 2010 is canceled. The motion will be rescheduled for a hearing date in Fergus Falls once the briefing is complete.

Dated: May 13, 2010
at Minneapolis, Minnesota

                                                                                                    s/ John R. Tunheim
                                                                         JOHN R. TUNHEIM
                                                     United States District Judge